1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Criminal Case No. 13CR3880-H

12                        Plaintiff,      JUDGMENT AND ORDER OF
                                          DISMISSAL
13                  v.

14
     VANESSA LOPEZ-ORTIZ (2),
15
                         Defendant.
16

17        GOOD CAUSE APPEARING and upon the motion of the government, IT IS

18   HEREBY ORDERED that the Information in the above entitled case against

19   defendant Vanessa Lopez-Ortiz is **dismissed without prejudice**. The defendant is

20   hereby discharged and the bond in this case is hereby exonerated.

21        IT IS SO ORDERED AND ADJUDGED.

22

23   Dated:  July 2, 2014            _____
24                                   HONORABLE MARILYN L. HUFF
                                     UNITED STATES DISTRICT JUDGE
25

26

27

28