# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 13CR3880-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| VANESSA LOPEZ-ORTIZ (2), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Vanessa Lopez-Ortiz is **dismissed without prejudice**. The defendant is hereby discharged and the bond in this case is hereby exonerated.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 2, 2014

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE